# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136496

DONALD TAYLOR,

     Plaintiff-Appellant,

v

                                    SC: 136496
                                    CoA: 283736

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 23, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2008



jm                                                  Clerk